```
                                    ✓ FILED    ___ LODGED
                                    ___ RECEIVED  ___ COPY

                                         FEB 0 3 2026

                                    CLERK U S DISTRICT COURT
                                     DISTRICT OF ARIZONA
                                    BY_____ KI⁊ DEPUTY
```

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: bradley.baugher@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-26-00084-PHX-SHD (ASB) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| v. | VIO: 18 U.S.C. § 111(a)<br>(Assaulting, Resisting, and Impeding a Federal Officer)<br>Count 1 |
| Isaac Luis Azemar,<br>a.k.a. Luis Azemar Isaac,<br>Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about January 30, 2026, in the District of Arizona, Defendant ISAAC LUIS AZEMAR did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S. Immigration and Customs Enforcement Removal Operations Officer B.E., a person protected under 18 U.S.C. § 1114, engaged in and on account of the performance of official duties, and Defendant ISAAC LUIS AZEMAR did so by making physical contact, to wit: punching, striking, shoving, and pushing Officer B. E.

//

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 3, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
BRADLEY BAUGHER
Assistant U.S. Attorney