TIMOTHY COURCHAINE
United States Attorney
District of Arizona
BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant U.S. Attorney
FAITH HOOK
Arizona State Bar No. 039361
Special Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
bradley.baugher@usdoj.gov
faith.hook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Isaac Luis-Azamar,<br>Defendant. | No. CR-26-00084-PHX-SHD<br><br>**JOINT PROSPECTIVE JUROR MATRIX** |

The United States of America and the defendant, Isaac Luis-Azamar, hereby jointly file this matrix listing all prospective jurors, and parties' positions regarding whether any should be stricken for hardship and/or cause. The government does not object to the prospective jurors who did not respond being stricken. However, the defendant does object.

Respectfully submitted this 27th day of May, 2026.

FEDERAL PUBLIC DEFENDER'S OFFICE

*s/ Debbie Jang*
DEBBIE JANG
RACHEL GENDREAU
Assistant Public Defenders

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Bradley Baugher*
BRADLEY BAUGHER
Assistant U.S. Attorney
FAITH HOOK
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Debbie Jang, Assistant Federal Public Defender
Rachel Gendreau, Assistant Federal Public Defender
*Attorneys for Defendant*

*s/Bradley Baugher* _
United States Attorney's Office